IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        NO.    19-13964
    JANICE C. HELLER                     :
                                                  :        CHAPTER 13

## **O R D E R**

It is hereby ORDERED that Debtor shall have until July 20, 2019 to file the Attorney Disclosure Statement, Chapter 13 Plan, Statement of Current Monthly Income, Schedules A-J, Statement of Financial Affairs, Summary of Schedules and the Statistical Summary of Certain Liabilities.

BY THE COURT:

July 9, 2019

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE