IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :        NO.    19-13964
    JANICE C. HELLER                    :
                                                :        CHAPTER 13

## ORDER

AND NOW, this _16th_ day of _July_, 2019, upon consideration of Debtor's Motion to Extend Stay pursuant to 11 U.S.C. §362 (c)(3)(b), it is hereby ORDERED that the automatic stay is hereby extended for the duration of the bankruptcy proceeding, effective immediately.

BY THE COURT:

_Magdeline D. C_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge