UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: JANICE C. HELLER    :    Chapter 13

Debtor(s)    :    Bankruptcy No.: 19-13964 MDC

:

**CONSENT ORDER**

AND NOW, this 25th day of September, 2019, in upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

ORDERED, that in light of the debtor(s) ___2___ ( ) prior bankruptcy filings, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case within a period of 6 months ~~without court approval~~ from the date of dismissal. And it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 9/25/19

William C. Miller, Esquire
Chapter 13 Standing Trustee

Date: 9/25/19

Attorney for Debtor(s)

Date: 9/25/19

Debtor(s)

Debtor(s)

BY THE COURT

September 30, 2019

HONORABLE MAGDELINE D. COLEMAN
**CHIEF BANKRUPTCY JUDGE**