**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 19-13964-MDC

JANICE C HELLER

400 GLENDALE ROAD
UNIT J-52
HAVERTOWN, PA 19083-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JANICE C HELLER

    400 GLENDALE ROAD
    UNIT J-52
    HAVERTOWN, PA 19083-

Counsel for debtor(s), by electronic notice only.

    EUGENE J MALADY
    211 N OLIVE ST
    SUITE 1
    MEDIA, PA 19063

Date: 1/31/2020

                                              /S/ William C. Miller
                                              _____
                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee