**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:
:  Chapter 13
**Janice C Heller**    :
Debtor    :  Bankruptcy No. 19-13964-mdc

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW,** this 28th day of February, 2020 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED,** that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among the standing trustee, the debtor will be barred from filing any case for Twenty-Four (24) months following a dismissal without court approval, in accordance with the express terms of such ORDER.

**BY THE COURT**

**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:
Janice C Heller
400 Glendale Road, Unit J-52
Havertown, PA 19083

EUGENE J. MALADY
Eugene J. Malady, LLC
211 N. Olive Street, Suite 1
Media, PA 19063

William C. Miller, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA  19107