United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-13964-mdc
Janice C Heller                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Feb 28, 2020
                              Form ID: pdf900             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
```
db             +Janice C Heller,    400 Glendale Road, Unit J-52,    Havertown, PA 19083-3183
14345185        Haverford Hill Condominium Owners Assn.,    c/o Robert H. Wise Managment Co., Inc.,
                 PO Box 66481,    Phoenix, AZ 85082-6481
14373655        Haverford Hill Condominium Owners Association,    c/o Robert H. Wise Management Co., Inc.,
                 P.O. Box 66481,    Phoenix, AZ 85082-6481
14345186       +Kevin G. McDonald, Esquire,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14345187       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14364090       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14351290       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    c/o a A Solarz, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14382434       +Veripro Solutions, Inc.,    PO BOX 3572,    Coppell, TX 75019-5538
14382999       +Veripro Solutions, Inc.,    PO BOX 3244,    Coppell, TX 75019-4293
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 29 2020 02:57:02      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 02:56:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 29 2020 02:56:50      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14345188        E-mail/Text: blegal@phfa.org Feb 29 2020 02:56:41      Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14380030        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:00:34
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14379679        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:00:50
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 6
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
```
          EUGENE J. MALADY    on behalf of Debtor Janice C Heller kjones@ejmcounselors.com,
           emalady@ejmcounselors.com
          LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
:  Chapter 13
**Janice C Heller**   :
Debtor  :  Bankruptcy No. 19-13964-mdc

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __28th__ day of __February__, 2020 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED,** that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among the standing trustee, the debtor will be barred from filing any case for Twenty-Four (24) months following a dismissal without court approval, in accordance with the express terms of such ORDER.

BY THE COURT

*Magdeline D. Coleman*
_____
**MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE**

cc:
Janice C Heller
400 Glendale Road, Unit J-52
Havertown, PA 19083

EUGENE J. MALADY
Eugene J. Malady, LLC
211 N. Olive Street, Suite 1
Media, PA 19063

William C. Miller, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA 19107