**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Janice C. Heller, | : | |
|     Debtor. | : | Bankruptcy No. 19-13964-MDC |

# O R D E R

Upon consideration of the Application for Compensation and Reimbursement of Expenses dated March 5, 2020 (the "Application"),[1] of Eugene J. Malady, LLC, counsel for the Debtor (the "Applicant").

**AND**, this Court entered an Order dated February 28, 2020 (the "Dismissal Order"),[2] dismissing the above-captioned case.

**AND**, the Dismissal Order did not provide for this Court's retention of jurisdiction pursuant to 11 U.S.C. §349(b)(3) over any undistributed chapter 13 plan payments in the possession of the Trustee. *See, e.g., In re Lewis*, 346 B.R. 89 (Bankr. E.D. Pa. 2006); *In re Ragland*, Bky. No. 05-18142, 2006 WL 1997416, at *4 (Bankr. E.D. Pa. May 25, 2006).

It is hereby **ORDERED** that the Application is **DENIED**.

Dated: April 9, 2020

                                                    MAGDELINE D. COLEMAN
                                                    CHIEF U.S. BANKRUPTCY JUDGE

Eugene J. Malady, Esquire
Eugene J. Malady, LLC
211 N. Olive Street, Suite 1
Media, PA 19063

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[1] Bankr. Docket No. 45.

[2] Bankr. Docket No. 43.