United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Janice C Heller  
    Debtor

Case No. 19-13964-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 09, 2020  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.  
db      +Janice C Heller,    400 Glendale Road, Unit J-52,    Havertown, PA 19083-3183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:  
     EUGENE J. MALADY    on behalf of Debtor Janice C Heller kjones@ejmcounselors.com, emalady@ejmcounselors.com  
     LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
     REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
     TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| Janice C. Heller, | : |
| Debtor. | : Bankruptcy No. 19-13964-MDC |

# **O R D E R**

Upon consideration of the Application for Compensation and Reimbursement of Expenses dated March 5, 2020 (the "Application"),[1] of Eugene J. Malady, LLC, counsel for the Debtor (the "Applicant").

**AND**, this Court entered an Order dated February 28, 2020 (the "Dismissal Order"),[2] dismissing the above-captioned case.

**AND**, the Dismissal Order did not provide for this Court's retention of jurisdiction pursuant to 11 U.S.C. §349(b)(3) over any undistributed chapter 13 plan payments in the possession of the Trustee. *See, e.g., In re Lewis*, 346 B.R. 89 (Bankr. E.D. Pa. 2006); *In re Ragland*, Bky. No. 05-18142, 2006 WL 1997416, at *4 (Bankr. E.D. Pa. May 25, 2006).

It is hereby **ORDERED** that the Application is **DENIED**.

Dated: April 9, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Eugene J. Malady, Esquire
Eugene J. Malady, LLC
211 N. Olive Street, Suite 1
Media, PA 19063

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[1] Bankr. Docket No. 45.

[2] Bankr. Docket No. 43.